McCutchen & Shumate, for defendant.

---

### FORD *vs.* CLARK, ADMINISTATOR.

COMPLAINT FROM CATOOSA. Partnership. Statute of Limitations. (Before Judge Fain.)

Blandford, J.—If one sues a partnership and is nonsuited, he cannot recommece his action against one of the partners individually within six months after such nonsuit, so as to prevent the statute of limitations from attaching, under §2932 of the Code.

Judgment affirmed.

W. K. Moore, by brief; W. C. Glenn, for plaintiff in error.

R. J. McCamy, for defendant.